■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO LOPEZ, Appellant. [738 NYS2d 215] —Judgment of resentence, Supreme Court, New York County (William Leibovitz, J.), rendered on or about January 12, 2000, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Williams, J.P., Mazzarelli, Andrias, Lerner and Marlow, JJ.

■ GEORGE NEILSON, Respondent, v ANTHONY DELGADO, Appellant. [738 NYS2d 216] —Judgment, Supreme Court, New York County (Joan Madden, J., and a jury), entered May 26, 2000, awarding plaintiff damages in the amounts of $10,000 for loss of reputation and $15,000 for lost earnings, unanimously affirmed, without costs.

In this defamation action by an employee against his supervisor, the jury's verdict, finding that defendant's qualified privilege was overcome by malice and reckless disregard for the truth or falsity of the statement (*see, Liberman v Gelstein*, 80 NY2d 429, 437-438; *Park Knoll Assoc. v Schmidt*, 59 NY2d 205, 208-209), was amply supported by the record. There is no basis upon which to disturb the jury's assessment of the credibility of the witnesses and its resolution of the conflicts in evidence. Concur—Mazzarelli, J.P., Andrias, Friedman and Marlow, JJ.